MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA  94104
Telephone: 415.433.1414
Facsimile:  415.520.0446
mhoffman@arenahoffman.com
rarena@arenahoffman.com

Attorneys for Defendant AUTOZONE, INC.

LAWRANCE A. BOHM, ESQ., (SBN 208716)
BIANCA N. SMITH, ESQ., (SBN 269963)
BOHM LAW GROUP
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Attorneys for Plaintiff
WALT BISTOLFO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WALT BISTOLFO,<br><br>   Plaintiff,<br><br>v.<br><br>AUTOZONE, INC.,<br><br>   Defendant. | Case No.  11-CV-00644-MCE-JFM<br><br>**STIPULATON AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]**<br><br>Hon. Morrison C. England, Jr. |
|---|---|

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

  1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the action with prejudice, with all parties to bear their own attorneys' fees and costs.

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4622
415.433.1414

**STIPULATION FOR DISMISSAL**   1.   **CASE NO.  11-CV-00664 MCE-JFM**

1 | Dated: September 13, 2011

/s/ Michael Hoffman            .<br>
MICHAEL HOFFMAN<br>
ARENA HOFFMAN LLP<br>
Attorneys for Defendant AUTOZONE, INC.

5 | Dated: September 13, 2011

/s/ Lawrance A. Bohm            .<br>
LAWRANCE A. BOHM<br>
BOHM LAW GROUP<br>
Attorneys for Plaintiff WALT BISTOLFO

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, in its entirety. The Clerk of Court is directed to close the file.

Dated: September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4622
415.433.1414

**STIPULATION FOR DISMISSAL**            2.            **CASE NO. 11-CV-00664 MCE-JFM**